USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASK LLP and ANDREWS & HIGGINS,<br><br>Plaintiffs,<br>-against-<br><br>JIM HARRIS LAW, PLLC d/b/a JAMES HARRIS LAW, PLLC; and DAMON J. BALDONE & ASSOCIATES,<br><br>Defendants. | 26-CV-09599 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 2, 2026, Plaintiffs filed a Complaint against Defendants, in which they alleged that the Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because "complete diversity exists between Plaintiffs and Defendants," Compl., Dkt. 1, ¶ 23;

WHEREAS "a limited liability company has the citizenship of its members," *see Jean-Louis v. Carrington Mortg. Servs., LLC*, 849 F. App'x 296, 298 (2d Cir. 2021);

WHEREAS a complaint premised upon diversity of citizenship must allege the citizenship of natural persons who are members of an LLC and the place of incorporation and principal place of business of any corporate entities that are members of the LLC (including the citizenship of any members of the LLC that are themselves LLCs), *see Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51–52 (2d Cir. 2000);

WHEREAS the Complaint alleges that Defendant Jim Harris Law, PLLC, d/b/a James Harris Law, PLLC ("JHL"), is "an active professional limited-liability company organized and headquartered in the State of Washington," Compl. ¶ 12; and

WHEREAS the Complaint does not allege the citizenship of each member of Defendant JHL because "[t]he citizenship of the members of Defendant JHL, other than its principal Mr. Harris, is unknown to Plaintiffs," *id.* ¶ 19; *see id.* ¶ 20 (alleging that Mr. Harris is domiciled in the State of Washington);

IT IS HEREBY ORDERED that, not later than **Tuesday, November 24, 2026**, Plaintiffs must file an Amended Complaint that cures the deficiencies described above, or the Complaint will be dismissed without prejudice for lack of subject matter jurisdiction.

**SO ORDERED.**

**Date: November 10, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**